JOHN W. HUBER, United States Attorney (No. 7226)
DEE W. SMITH, Special Assistant United States Attorney (No. 8688)
Attorneys for the United States of America
111 South Main Street, Suite #1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2018 MAR 21  P 2: 33

DISTRICT OF UTAH

BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES JERRY MONCADA, Defendant. | **INDICTMENT** VIO. 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition. [Count I] Case: 1:18-cr-00026 Assigned To : Shelby, Robert J. Assign. Date : 3/21/2018 Description: |

The Grand Jury charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about January 25, 2018, in the Northern Division of the District of Utah,

**JAMES JERRY MONCADA,**

defendant herein, having been convicted of a crime punishable by imprisonment for more

than one (1) year, did knowingly possess in and affecting interstate commerce a firearm

and ammunition, to wit: Raven Model MP-25 .25 caliber handgun, and ammunition; all

in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of the offense in Count I, the above-named defendant shall forfeit to

the United States pursuant to 18 U.S.C. § 924(d)(1), all firearms and ammunition

involved in or used in any knowing violation of 18 U.S.C. § 922 and § 924, including but

not limited to the following:

- Raven Model MP-25 .25 caliber Handgun.
- Ammunition

A TRUE BILL:

_____
FOREPERSON of the GRAND JURY

JOHN W. HUBER
United States Attorney

_____
DEE W. SMITH
Special Assistant United States Attorney