12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

Name of Offender:  **James Jerry Moncada**                      Docket Number:   **1:18CR00026-001**

Name of Sentencing Judicial Officer:          **Honorable Robert J. Shelby**
**Chief U.S. District Judge**

Date of Original Sentence:  **February 27, 2019**
Original Offense:  **Possession of a Firearm by a Restricted Person**
Original Sentence:  **33 Months Bureau of Prisons/ 36 Months Supervised Release**

Type of Supervision: **Supervised Release**                      Current Supervision Began: **July 9, 2020**

### NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
| --- | --- |
| 11/13/2020 | Positive drug test for Marijuana and Methamphetamine |
| 11/16/2020 | Positive for Marijuana |

**Proposed Controlling Interventions:**

Mr. Moncada will be monitored closely by his probation officer for signs of continued drug use.

**Proposed Correcting Interventions:**

Mr. Moncada has admitted he has been using drugs to include marijuana being stressed about going to court. It is possible he will test positive for Marijuana for the next few weeks.

Justification:

James Jerry Moncada has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke his term of supervision.

If the Court desires more information or another course of action, please contact me at 801-535-2792.

I declare under penalty of perjury that the foregoing is true and correct.

_____
by Hugh D. Watt
U.S. Probation Officer
November 20, 2020

**THE COURT:**

☒  Approves the request noted above
☐  Denies the request noted above
☐  Other

_____
Honorable Robert J. Shelby
Chief United States District Judge

Date: _____ 11/20/2020

Revised 01/18