12C

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

### Request and Order to Amend Previous Petition

Name of Offender:  **James Jerry Moncada**                    Docket Number:  **1:18CR00026-001**

Name of Sentencing Judicial Officer:     **Honorable Robert J. Shelby**
                                         **Chief U.S. District Judge**

Date of Original Sentence:  **February 27, 2019**
Original Offense:  **Possession of a Firearm by a Restricted Person**
Original Sentence:  **33 Months Bureau of Prisons/ 36 Months Supervised Release**

Type of Supervision:  **Supervised Release**                  Supervision Began:  **July 9, 2020**

### PETITIONING THE COURT

☒   To amend the petition and order of summons signed on September 28, 2020 as follows:

### CAUSE

*Allegations on September 23, 2020:*

**Allegation No. 1:** On August 25, 2020, the defendant submitted a urine sample, which tested positive for marijuana and methamphetamine.

**Allegation No. 2:** On September 11, 2020, the defendant submitted a urine sample, which tested positive for marijuana and methamphetamine.

**Allegation No. 3:** On September 22, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 4:** On September 9, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 5:** On September 21, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

*Additional allegations: Conduct after his appearance on Summons November 9, 2020*

**Allegation No. 6:** On November 13, 2020, the defendant submitted a urine sample, which tested positive for marijuana and methamphetamine.

**Allegation No. 7:** On November 16, 2020, the defendant submitted a urine sample, which tested positive for marijuana.

**Allegation No. 8:** On November 19, 2020, the defendant submitted a urine sample, which tested positive for

PROB 12C  
D/UT 03/19

James Jerry Moncada  
1:18CR00026-001

marijuana.

**Allegation No. 9:** On November 24, 2020, the defendant failed to submit to drug and/or alcohol testing, as directed by his U.S. Probation Officer.

**Allegation No. 10:** On December 1, 2020, the defendant submitted a urine sample, which tested positive for marijuana, methamphetamine and diluted.

**Allegation No. 11:** On November 25, 2020, the defendant failed to successfully complete a substance-abuse evaluation, as directed by his U.S. Probation Officer.

Evidence in support of the above allegations are derived from U.S. Probation Office records and direct supervision efforts therein.

I declare under penalty of perjury that the foregoing is true and correct.

_____  
by Hugh D. Watt  
U.S. Probation Officer  
December 4, 2020

---

**THE COURT ORDERS:**

☒ That the original petition be amended to include all allegations outlined  
☐ No action  
☐ Other

_____  
Honorable Robert J. Shelby  
Chief United States District Judge

Date: 12/4/2020