SCOTT KEITH WILSON, Federal Public Defender (#7347)
ROBERT L. STEELE, Assistant Federal Defender (#5546)
FEDERAL PUBLIC DEFENDER
DISTRICT OF UTAH
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah  84101
Telephone: (801) 524-4010
Robert_Steele@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES JERRY MONCADA,<br><br>Defendant. | **MOTION TO REVIEW DETENTION AND REQUEST FOR HEARING**<br><br>Case No.  1:18 CR 26 RJS<br><br>Magistrate Judge Pead |

Defendant, James Jerry Moncada ("Mr. Moncada"), by and through his counsel of record, Robert L. Steele, moves this Court to schedule a hearing to review his custody status.  This motion is based on the following:

1. A detention hearing was held in this matter on January 20, 2021.  Based on Mr. Moncada's history of substance abuse as well as his criminal history, he was ordered detained.[1]

2. Mr. Moncada has been accepted into the Odyssey House inpatient treatment program.  *See* attached letter from Odyssey House.

3. Based upon 18 U.S.C. § 3142(f), Mr. Moncada is entitled to a review hearing, given that this new information was not known or confirmed at the time of his

---

[1] ECF No. 58.

original hearing, and has a material bearing on his conditions of potential release.

*See* 18 U.S.C. § 3142(f).

Counsel requests a detention hearing as soon as practicable, to consider Mr. Moncada's release to an inpatient treatment program.

DATED this 16th day of April, 2021.

/s/ *Robert L. Steele*
ROBERT L. STEELE
Assistant Federal Defender