

## ODYSSEY HOUSE
A NON-PROFIT

**Executive & Accounting Offices**
344 East 100 South, Suite 301
Salt Lake City, Utah 84111
(801) 322-4257

**Admissions**
344 East 100 South, Suite 201
Salt Lake City, Utah 84111
(801) 322-3222

**Adult Residential Program**
68 South 600 East
Salt Lake City, Utah 84102
(801) 322-1001

**Adolescent Program & Odyssey Academy**
607 East 200 South
Salt Lake City, Utah 84102
(801) 363-0203

**Youth in State Custody Program**
880 East 3375 South
Salt Lake City, Utah 84106
(801) 708-7004

**Mothers with Children Program**
42 South 500 East
Salt Lake City, Utah 84102
(801) 596-1990

**Fathers with Children Program**
623 South 200 East
Salt Lake City, Utah 84111
(801) 428-3476

**Outpatient Services**
350 East 2100 South
Salt Lake City, Utah 84115
(801) 322-1185

**Transitional Services**
344 East 100 South
Salt Lake City, Utah 84111
(801) 428-3463

**Odyssey Upholstery**
346 East 100 South (rear)
Salt Lake City, Utah 84111
(801) 532-5272

**Vocational Training Services**
68 South 600 East
Salt Lake City, Utah 84102
(801) 428-3464

**Children's Services Center**
340 East 100 South
Salt Lake City, Utah 84111
(801) 532-4184

**Martindale Integrated Health Clinic**
340 East 100 South
Salt Lake City, Utah 84111
(801) 428-3500

*Generously Supported by*
United Way
Salt Lake County Division of Behavioral Health Services

www.odysseyhouse.org



4/14/2021

Re: James Moncada
DOB: ■

Please let this letter serve as official notification that James Moncada has been accepted to enter the Odyssey House of Utah Residential Program. We will assess for substance abuse and mental health concerns at the time of intake in order to help treat this person while they are participating in our program.

We will have a bed available pending Release. We look forward to working with her attorney and courts to coordinate and facilitate a direct transfer to our facility as early as April 16, 2021.

If you have any further questions please feel free to contact me at 385.301.8636

Sincerely,

PAM CHAVEZ
Admissions Intake Advisor
Odyssey House of Utah, Admissions Department
340 E 100 S, Salt Lake City, Utah, 84111
**O** 385-301-8636
**F** 801-478-2686